CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

May 14, 2024

LAURA A. AUSTIN, CLERK
BY: /s/T. Taylor
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **CORY ADAM MARTIN,**<br>    Plaintiff, | Civil Action No. 7:24-cv-00233 |
| v. | **OPINION** |
| **UNKNOWN,**<br>    Defendant(s). | By: James P. Jones<br>Senior United States District Judge |

Plaintiff, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. §1983. By order entered April 5, 2024, the court directed plaintiff to submit within 30 days from the date of the order the monthly inmate account statement for the month of March in order to comply with the required documentation as stated in the conditionally filed Order (ECF No. 3). Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 30 days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This 14th day of May, 2024.

/s/James P. Jones
Senior United States District Judge